TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone:  (248) 353-2882
Facsimile:  (248) 353-4840

*Attorneys for Plaintiff,*
*Stephanie Roth*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephanie Roth, | Case No.: |
| Plaintiff, | |
| vs. | **COMPLAINT** |
| U.S. Collection West, Inc. an Arizona corporation, | **JURY TRIAL DEMAND** |
| Defendant. | |

1

NOW COMES THE PLAINTIFF, STEPHANIE ROTH, BY AND THROUGH COUNSEL, TRINETTE G. KENT, and for her Complaint against the Defendant, pleads as follows:

## JURISDICTION

1. This court has jurisdiction under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692k(d) and 28 U.S.C. §§1331,1337.

## VENUE

2. The transactions and occurrences which give rise to this action occurred in the City of Queen Valley, Pinal County, Arizona.

3. Venue is proper in the District of Arizona, Phoenix Division.

## PARTIES

4. The Defendant to this lawsuit is U.S. Collections West, Inc., which is an Arizona company that maintains its registered agent in the City of Phoenix, in Maricopa County, Arizona.

## GENERAL ALLEGATIONS

5. Defendant is attempting to collect a consumer type debt allegedly owed by Plaintiff to Warner Vista Animal Hospital in the amount of $212.85 ("the Debt").

6. Mrs. Roth does not owe the alleged debt.

7. On January 18, 2012, Mrs. Roth filed Chapter 7 Bankruptcy. She included the Debt in her bankruptcy filing.

8. On May 15, 2012, Mrs. Roth's Chapter 7 Bankruptcy was discharged.

9. On or about September 25, 2016, Mrs. Roth obtained her credit files and noticed that Defendant reported the Debt.

10. On or about January 18, 2016, Mrs. Roth submitted a letter to Defendant, disputing the Debt.

11. On or about February 17, 2016, Defendant sent a letter to Mrs. Roth in response to the aforementioned letter. In this response, it attempted to collect the alleged debt. Defendant stated that the principal due was $171.37, but that Mrs. Roth owed $41.48 for interest for a total of $212.85.

12. On or about February 20, 2016, Mrs. Roth called Defendant at 11:50 a.m. and spoke with Jessica. Mrs. Roth informed Jessica that the Debt was included in her Chapter 7 Bankruptcy and gave her the bankruptcy case number.

## COUNT I-VIOLATION OF

## THE FAIR DEBT COLLECTION PRACTICES ACT

13. Plaintiff reincorporates the preceding allegations by reference.

14. At all relevant times, Defendant, in the ordinary course of its business, regularly engaged in the practice of collecting debts on behalf of other individuals or entities.

3

15. Mrs. Roth is a "consumer" for purposes of the FDCPA, and the account at issue in this case is a consumer debt.

16. Defendant is a "debt collector" under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692a(6).

17. Defendant's foregoing acts in attempting to collect this alleged debt violated the following provisions of the FDCPA:

   a. 15 U.S.C. §1692e(2)(A) by misrepresenting the character, amount, or legal status of any debt.

   b. 15 U.S.C. §1692f(1) by collecting an amount not owed.

18. Mrs. Roth has suffered economic, emotional, general, and statutory damages as a result of these violations of the FDCPA.

**WHEREFORE, PLAINTIFF PRAYS** that this court grant her a judgment against Defendant for actual damages, costs, interest, and attorneys' fees.

### DEMAND FOR JUDGMENT RELIEF

Accordingly, Plaintiff requests that the Court grant her the following relief against the Defendant:

a. Actual damages;

b. Statutory damages; and

4

   c. Statutory costs and attorneys' fees.

## **JURY DEMAND**

   Plaintiff hereby demands a trial by Jury.

DATED: May 31, 2016

                                   KENT LAW OFFICES

                                   By: */s/ Trinette G. Kent*
                                       Trinette G. Kent
                                       Attorneys for Plaintiff,
                                       Stephanie Roth

5