IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephanie Roth, | No. CV-16-01682-PHX-SPL |
| Plaintiff, | |
| vs. | **ORDER** |
| U.S. Collections West, Inc., | |
| Defendant. | |

No stipulation to dismiss having been filed, in accordance with the Court's February 13, 2017 Order (Doc. 28),

**IT IS ORDERED** that this action is **dismissed with prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **terminate** this action.

Dated this 16th day of March, 2017.

Honorable Steven P. Logan
United States District Judge